NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1242

### FORT PROPERTIES, INC.,

Plaintiff-Appellee,

v.

### AMERICAN MASTER LEASE LLC,

Defendant-Appellant.

Appeal from the United States District Court for the Central District of California in case no. 07-CV-365, Judge Andrew J. Guilford.

## ON MOTION

Before NEWMAN, Circuit Judge.

## ORDER

American Master Lease LLC moves for a 30-day extension of time, until June 8, 2009, to file its initial brief. Fort Properties, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

**MAY 1 9 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Arianna Frankl, Esq.
Anthony G. Graham, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 9 2009

JAN HORBALY
CLERK